United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2958MN

_____

|  |  |  |
|---|---|---|
| In re:  Kenneth L. Kasden, | * | |
| | * | |
| Debtor, | * | |
| | * | |
| _____ | * | |
| | * | |
| Thomas F. Miller, Trustee, | * | Appeal from the United States |
| | * | Bankruptcy Appellate Panel. |
| Appellee, | * | |
| | * | [UNPUBLISHED] |
| v. | * | |
| | * | |
| Kenneth L. Kasden, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: April 14, 1998
Filed: April 22, 1998

_____

Before FAGG and HANSEN, Circuit Judges, and STROM,[*] District Judge.

_____

PER CURIAM.

Kenneth L. Kasden appeals from the bankruptcy court's order revoking Kasden's discharge and awarding a monetary judgment in favor of the bankruptcy estate.

_____

[*]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

Appeals that fail to comply with the applicable rules governing briefs are subject to dismissal. See Fed. R. App. P. 28; Slack v. St. Louis County Gov't, 919 F.2d 98, 99-100 (8th Cir. 1990) (per curiam). Aside from a rambling conclusory argument, Kasden's brief does not comply with Rule 28, and his appeal is subject to dismissal for this reason. Additionally, even if we considered the merits of Kasden's appeal, we would find no basis for reversing the bankruptcy court's order. We dismiss Kasden's appeal and assess double costs against Kasden. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.